## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **M. CHRISTOPHER LOCKHART, et al.,** | ) | **CASE NO. 3:19-cv-00405** |
| | ) | |
| **Plaintiffs,** | ) | **JUDGE WALTER H. RICE** |
| **vs.** | ) | |
| | ) | **ORDER AND ENTRY** |
| **JACK GARZELLA, et al.,** | ) | **GRANTING EXTENSION OF** |
| | ) | **TIME FOR PLAINTIFFS TO** |
| **Defendants.** | ) | **FILE MEMORANDUM IN** |
| | ) | **OPPOSITION TO DEFENDANT'S** |
| | ) | **MOTION FOR CHANGE OF VENUE** |

This matter comes before the Court on the *Motion of Plaintiffs for Extension of Time to File Memorandum in Opposition to Defendant's Motion for Change of Venue.*

The Court finds Plaintiffs' motion well taken and an extension of time is hereby **GRANTED**. Plaintiffs' Memorandum in Opposition to Defendant John Wootton's Motion for Change of Venue shall be filed no later than **Friday, March 20, 2020.**

**IT IS SO ORDERED.**

Judge Walter H. Rice
United States District Judge