UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| M. CHRISTOPHER LOCKHART, et al., | CASE NO. 3:19-cv-00405 |
| Plaintiffs, | JUDGE WALTER H. RICE |
| vs. | |
| JACK GARZELLA, et al., | ORDER AND ENTRY GRANTING EXTENSION OF TIME FOR PLAINTIFFS TO FILE MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS |
| Defendants. | |

This matter comes before the Court on the *Motion of Plaintiffs for Extension of Time to File Memorandum in Opposition to Defendants' Motion to Dismiss.*

The Court finds Plaintiffs' motion well taken and an extension of time is hereby **GRANTED**. Plaintiffs' Memorandum in Opposition to Defendant Henriksen and Defendant Advanced CFO's Motion to Dismiss shall be filed no later than **Wednesday, May 13, 2020.**

**IT IS SO ORDERED.**

/s/ Walter H. Rice (tp - per Judge Rice authorization after his review)
UNITED STATES DISTRICT JUDGE